In the Matter of the Petition of LUELLA M. RAYMOND and IRENE HARRIS for the Removal of the Bodies of GEORGE T. RAYMOND and NELLIE S. RAYMOND, Deceased. The GREEN-WOOD CEMETERY, Appellant; LUELLA M. RAYMOND and IRENE HARRIS, Respondents.*— Order granting application for permission to dis-

* Affd., 250 N. Y. 571.

inter and remove affirmed, with ten dollars costs and disbursements. No opinion. Rich, Kapper and Hagarty, JJ., concur; Lazansky, P. J., and Carswell, J., dissent.